IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ARLINGTON COMMUNITY FEDERAL
CREDIT UNION,
    Plaintiff,

v.                                               Civil Action No. 1:14cv1022

BERKLEY REGIONAL INSURANCE
COMPANY,
    Defendant.

## DISMISSAL ORDER

ON THIS DAY came the parties, by counsel, and represented to the Court that all matters in dispute between the parties have been settled, and move for the dismissal of this action with prejudice, including any and all claims raised by each party.

UPON CONSIDERATION WHEREOF, and for good cause shown, it is hereby

ADJUDGED, ORDERED and DECREED that this action be and hereby is DISMISSED WITH PREJUDICE, with each party bearing its own costs.

ENTER: _____

_____
United States District Court Judge

*So Ordered*

_____ 11/25/14
T. S. Ellis, III
United States District Judge